AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Allen Little, Jr | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    9:20-cv-03917-HMH |
| Ms. Samuel, Mr. K. Black, | ) | |
| Ms. B. Singletary, Mr. McKenzie, | ) | |
| Mr. M. Williamson, Mr. Samuel, | ) | |
| *Defendant* | | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the court adopts Magistrate Judge Cherry's Report and Recommendation and incorporates it herein. It is therefore that this action is dismissed for lack of prosecution.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable ,Henry M Herlong, Jr, Senior United States District Judge, presiding.  The Court having adopted the Report and Recommendation set forth by the Honorable Molly H Cherry, United States Magistrate Judge.

Date:    May 24, 2022                                             *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    *s/ A. Snipes*
                                                                          *Signature of Clerk or Deputy Clerk*